**Order entered March 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00339-CV

### METHODIST HOSPITALS OF DALLAS, Appellant

### V.

### VICKIE MILES, INDIVIDUALLY, AS THE REPRESENTATIVE FOR ALL WRONGFUL DEATH BENEFICIARIES, AND AS AN HEIR AT LAW AND REPRESENTATIVE OF THE ESTATE OF W.T. MAYES, DECEASED, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16088**

## ORDER

Before the Court is court reporter Thu U. Bui's March 27, 2019 request for an extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than April 9, 2019.

/s/     BILL WHITEHILL
          JUSTICE